**Order entered December 3, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00213-CV

### MICHAEL DWAIN WILLIAMS, Appellant

### V.

### LUPE VALDEZ, SHERIFF, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-09709

## ORDER

We **REINSTATE** this appeal which we abated to allow the trial court an opportunity to conduct a hearing to determine if the reporter's record contained any inaccuracies as alleged by appellant in a motion filed October 16, 2018. A supplemental clerk's record has been filed that reflects a hearing was held November 16, 2018 and includes the trial court's written findings and an order signed November 21, 2018.

The trial court's findings recite that (1) a corrected record, prepared by court reporter Sharron Rankin after receiving appellant's motion, was filed October 17, 2018 in this Court; (2) the corrected record "corrects all the deficiencies identified by [appellant] in his [m]otion, as supported by the statements made at the hearing by [appellant] and by counsel for [appellee;]" (3) appellant alleged additional "incorrect, incomplete, and unclear reporting in the reporter's

record, but these alleged incorrect, incomplete or unclear portions were not identified in his [m]otion;" and, (4) appellant "complained at the hearing the corrected reporter's record contained statements that he did not say, but he could not remember what he did say or identify how the corrected reporter's record should be amended." The order recites, in part, that "[b]ased upon the court's findings, no further order is necessary to address [appellant's] [m]otion alleging inaccuracies in the reporter's record or corrected record."

We **ADOPT** the trial court's findings. In light of the trial court's November 21st order, it appears the record is complete. Accordingly, we **ORDER** appellant to file his brief no later than January 2, 2019.

/s/    DAVID EVANS
        JUSTICE